## Z. McDONALD v. THE STATE.

1. Without a statement of facts, this court cannot question the verdict which establishes the guilt of the defendant; and no exceptions having been taken to the rulings of the court below, this court must presume them to be correct.

APPEAL from Gillespie.    Tried below before the Hon. M. B. Walker.

The opinion states the case as fully as necessary.

No brief for the appellant.

*E. B. Turner*, Attorney General, for the State.

DENISON, J.—This is an appeal from Gillespie county.    The appellant was indicted at the Spring term of the district court of said county for the murder of Edward Burk.    At the Fall term of said court, the cause came on for trial, and upon the trial a verdict was rendered in the following words, viz. :    "We, the jury, find the defendant Zackariah McDonald guilty of murder in the second degree, and sentence him to the State penitentiary for the term of his natural life."

Upon this verdict a judgment was rendered as follows, to-wit : "Whereupon it is adjudged by the court, that the verdict of the jury be approved, and that the prisoner be taken hence to the penitentiary of this State immediately after the adjournment of this court, and there confined and kept at hard labor for the term of his natural life."

There was a very full and explicit charge of the court to the jury, in which this court can see no error.

There was also a motion for a new trial overruled by the court, in which overruling this court sees no error.

There is no statement of facts nor any bills of exceptions in the record.

Without a statement of facts this court cannot question the verdict which establishes the guilt of the defendant. And in the absence of bills of exception to the ruling of the court below, these rulings are to be presumed to be correct. The judgment is therefore affirmed.

Affirmed.

Walker, J., did not sit in this case.